UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN MICHAEL RYAN,

        Plaintiff,                                 Case No. 1:14-cv-874

v.                                                  Honorable Paul L. Maloney

UNKNOWN JENSEN et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:   October 24, 2014          /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       Chief United States District Judge